William E. Callahan, Jr. (VSB No. 37432)
Brandy M. Rapp (VSB No. 71385)
LeCLAIRRYAN, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
Telephone: (540) 510-3000
Fax: (540) 510-3050

and

Martha E. Hulley (VSB No. 73052)
Ryan C. Day (VSB No. 76657)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Fax: (703) 684-8075

Counsel for Bruce H. Matson, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LandAmerica Financial Group, Inc., et. al., | ) | Case No. 08-35994 (KRH) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| Bruce H. Matson, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. **10-03812-KRH** |
| | ) | |
| v. | ) | |
| | ) | |
| ITSHASTRA INDIA PVT LTD, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

Bruce H. Matson, Trustee, the Plaintiff herein, by counsel, pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041, gives notice of the voluntary DISMISSAL, WITH PREJUDICE, of this Adversary Proceeding.

Dated: March 1, 2011

BRUCE H. MATSON, LFG TRUSTEE

By: /s/ Brandy M. Rapp
    Counsel

William E. Callahan, Jr. (VSB No. 37432)
Brandy M. Rapp (VSB No. 71385)
LeCLAIRRYAN, A Professional Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006
Telephone: (540) 510-3000
Fax: (540) 510-3050

and

Martha E. Hulley (VSB No. 73052)
Ryan C. Day (VSB No. 76657)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Fax: (703) 684-8075

Counsel for Bruce H. Matson, Trustee